UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN LAMOREAUX,<br><br>and,<br><br>SUSAN LAMOREAUX,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NUMBER NAA3306025,<br><br>and,<br><br>AXIS MANAGING AGENCY, LTD.,<br><br>   Defendants. | Civil Action No._____ |

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COME Plaintiffs, Jonathan and Susan Lamoreaux, by and through undersigned counsel, and Complain against the Defendants, Certain Underwriters at Lloyd's London, Subscribing to Policy Number NAA3306025, and Axis Managing Agency, Ltd, as follows:

### THE PARTIES

1. Plaintiffs, Jonathan and Susan Lamoreaux, are individuals who reside in the Town of Meredith, County of Belknap, in the State of New Hampshire.

2. Upon information and belief, Defendant, Certain Underwriters at Lloyd's, London (hereinafter "Lloyd's"), Subscribing to Policy No. NAA3306025 (hereinafter the "Policy"), and with Unique Market Reference B1820WLS22C157, are the insurers or reinsurers of real property

located at 56 Factory Road, Town of Bremen, County of Lincoln, in the State of Maine, which is owned by Plaintiffs. The Policy was issued by Neptune Residential Flood which has a principal place of business located at 400 6th Street S, Suite 2, City of St. Petersburg, County of Pinellas, State of Florida.

3.   Defendant Axis Managing Agency Ltd. is named as the managing agent in the Policy and as Lloyd's Underwriter, Syndicate No. 1686, Syndicate Name AXS. Axis Managing Agency Ltd. has a registered office address at 52 Lime Street, London, England EC3M7AF.

## JURISDICTIONAL STATEMENT

4.   This Court has original jurisdiction over the claims herein pursuant to 42 U.S.C. Section 4072 because the Policy at issue in this matter was issued under the terms of the National Flood Insurance Program (NFIP); moreover, this Court has original jurisdiction over the claims herein pursuant to 28 U.S.C. Section 1332 because Plaintiffs are individuals residing in the State of New Hampshire; and Defendant Lloyd's issued its insurance policy through certain underwriters who are noted in the policy to have a registered address of One Lime Street, London, EC3M7HA, United Kingdom; and Defendant Axis Managing Agency Ltd. has a registered office address at 52 Lime Street, London, England EC3M7AF, and furthermore, the matter in controversy exceeds the sum of $75,000.00.

## VENUE

5.   Venue is proper with this Court pursuant to 42 U.S.C. Section 4072 and 28 U.S.C. Section 1391(a) and Rule 3(b) of the rules of the United States District Court for the District of Maine in that all aspects of the acts at issue occurred in, and the insured property is situated in, Lincoln County, State of Maine.

## JURY DEMAND

6. Plaintiffs demand a jury trial on all relevant issues of fact.

## STATEMENT OF FACTS

7. At all times relevant hereto, Plaintiffs, Jonathan and Susan Lamoreaux, owned residential property located at 56 Factory Road, Bremen, Maine.

8. At all times relevant hereto, Plaintiffs' property located at 56 Factory Road, Bremen, Maine, was insured pursuant to a flood insurance policy with Defendant Lloyd's subscribers, issued by Neptune Residential Flood; specifically, policy number NAA3306025.

9. On or about January 10, 2024, Plaintiffs' property located at 56 Factory Road, Bremen, Maine sustained direct physical loss from flooding.

10. The Policy insured loss caused by flood to a total insurance amount of $350,000.

11. On March 12, 2024, Peninsula Insurance Bureau (PIB), the third-party Administrator that handled the processing and adjustment of Plaintiffs' insurance claim, notified Plaintiffs, on behalf of Certain Underwriters at Lloyd's London, that certain aspects of their claim would be denied and not covered pursuant to the Policy, and that an "undisputed dwelling" payment for damages was calculated in the amount of $30,948.22, which represented the actual cash value of the undisputed amount of damages that PIB determined were attributable to the loss.

12. Since the letter sent to Plaintiffs on March 12, 2024, Plaintiffs have notified Defendants, through their third-party Administrator, PIB, that Plaintiffs dispute the estimated amount of damages attributable to the loss, as well as the coverages afforded pursuant to the Policy, and Plaintiffs have furnished additional information to PIB to document their loss.

13. Plaintiffs have not received additional payments under the Policy that they believe are due and payable.

14. Plaintiffs' damages are likely to exceed the limits of coverage afforded by the Policy.

## COUNT I

**(Breach of Contract ─ Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd.)**

15. Plaintiffs incorporate by reference paragraphs 1-14 above as if fully stated herein.

16. At all relevant times alleged herein, Plaintiffs and Defendants were subject to a valid and effective insurance contract as set forth above.

17. Pursuant to the terms of the insurance contract, Plaintiffs were to pay a premium for coverage in exchange for the insurance coverage provided in the flood insurance policy.

18. Plaintiffs complied with the terms of the insurance contract and made a valid claim for damages to their property pursuant to the insurance contract.

19. Defendants failed to make payment for the full amount of the loss to Plaintiffs pursuant to the contract and thereby materially breached the contract, causing damages to Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd., in an amount to reasonably and fairly compensate them for all damages, plus attorney's fees, costs, and interest, and any such other damages as this Honorable Court may deem just.

## COUNT II

**(Breach of Good Faith and Fair Dealing ─ Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd.)**

20. Plaintiffs incorporate by reference paragraphs 1-14 above as if fully stated herein.

21. Defendants, as the insurers, owed Plaintiffs, as insureds, an implied duty of good faith and fair dealing.

22. Defendants breached the implied duty of good faith and fair dealing when they failed to pay the full value of the claim made for damages covered under the flood insurance policy when the value of the claim became reasonably known through estimates provided by Plaintiffs.

WHEREFORE, Plaintiffs demand judgment against Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd., in an amount to reasonably and fairly compensate them for all damages, including consequential damages, plus attorney's fees, costs, and interest, and any such other damages as this Honorable Court may deem just.

## COUNT III

**(Unfair Claims Settlement Practices, 24-A M.R.S §2436-A ─ Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd.)**

23. Plaintiffs incorporate by reference paragraphs 1-14 above as if fully stated herein.

24. Pursuant to 24-A M.R.S. §2436-A, an insurer may not, without just cause, fail to effectuate prompt, fair and equitable settlement of claims submitted in which liability has become reasonably clear.

25. As set forth above, Defendants do not dispute liability in this matter.

26. Defendants failure to effectuate a prompt, fair and equitable settlement of Plaintiffs' claims constitutes an unfair settlement practice.

WHEREFORE, Plaintiffs demand judgment against Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy Number NAA3306025 and Axis Managing Agency Ltd., in an amount to reasonably and fairly compensate them for all damages, plus attorney's fees, costs,

and interest pursuant to 24-A M.R.S. §2436-A, and any such other damages as this Honorable Court may deem just.

Dated at Portland, Maine this 10th day of March, 2025.

/s/ Robert W. Weaver
Robert W. Weaver, Esq.
Maine Bar No. 004892

*Attorney for Plaintiffs*

Thistle Weaver & Morris
P.O. Box 7030
183 Middle Street, 4th Floor
Portland, ME 04112
(207) 699-5106
rweaver@twmmaine.com